UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHARLES M. GREENE,
Individually and on behalf of all those
similarly situated,

       Plaintiff,                          Case No. 1:22-cv-20199-BB

v.

THE TERMINIX INTERNATIONAL
COMPANY LIMITED PARTNERSHIP,

       Defendant.
_____

## JOINT STIPULATION OF DISMISSAL

Plaintiff Charles M. Greene ("Plaintiff") and Defendant The Terminix International Company L.P. ("Terminix"), by and through their undersigned counsel, hereby jointly stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's claims against Defendant Terminix are dismissed with prejudice, each party to bear its own fees and costs, except as otherwise provided in the settlement between them.

Dated: October 19, 2022.

                                      Respectfully submitted,

                                      *s/Barbara Fernandez*
                                      Barbara Fernandez
                                      Florida Bar No. 493767
                                      Irain J. Gonzalez
                                      Florida Bar No. 02408
                                      HINSHAW & CULBERTSON LLP
                                      2525 Ponce de Leon Blvd. – 4th FL
                                      Coral Gables, FL 33134
                                      Tel: 305-358-7747
                                      Fax: 305-577-1063
                                      Primary Emails: bfernandez@hinshawlaw.com;
                                      igonzalez@hinshawlaw.com
                                      Secondary: CFTeamSupport@hinshawlaw.com

1047754\311825489.v1

>Wesley B. Gilchrist,
>*wgilchrist@lightfootlaw.com*
>James W. Gibson,
>*jgibson@lightfootlaw.com*
>Rebecca K. Hall,
>*rhall@lightfootlaw.com*
>LIGHTFOOT, FRANKLIN & WHITE, LLC
>The Clark Building
>400 20th Street North
>Birmingham, Alabama 35203
>Telephone: (205) 581-0752
>*Attorneys for Defendant The Terminix International Company, L.P.*
>
>/s/ Zachary D. Ludens (with express permission)
>Jordan A. Shaw, Esq.
>Fla. Bar No. 111771
>Zachary D. Ludens, Esq.
>Fla. Bar No. 111620
>ZEBERSKY PAYNE SHAW LEWENZ, LLP
>110 S.E. 6th Street, Suite 2900
>Fort Lauderdale, Florida 33301
>Telephone: (954) 989-6333
>Facsimile: (954) 989-7781
>Primary Email:   jshaw@zpllp.com;
>                                   zludens@zpllp.com
>Secondary Email:       mlomastro@zpllp.com;
>                                   medmonson@zpllp.com
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 19, 2022, a true copy hereof was served via CM/ECF upon the following:

Jordan A. Shaw, Esq.
Zachary D. Ludens, Esq.
ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 S.E. 6th Street, Suite 2900
Fort Lauderdale, Florida 33301
jshawzpllp.com
zludens@zpllp.com
*Attorneys for Plaintiff*

*s/Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 493767
Irain J. Gonzalez
Florida Bar No. 02408
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Tel: 305-358-7747
Fax: 305-577-1063
Primary Emails: bfernandez@hinshawlaw.com; igonzalez@hinshawlaw.com
Secondary: CFTeamSupport@hinshawlaw.com