UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-20199-BLOOM/McAliley

CHARLES M. GREENE, *individually*,
*and on behalf of all those similarly situated*,

    Plaintiff,

v.

THE TERMINIX INTERNATIONAL
COMPANY LIMITED PARTNERSHIP,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal, ECF No. [27] ("Stipulation"), filed on October 19, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [27]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 19, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record